# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2019

158941

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

        SC: 158941
        COA: 344472
        Wayne CC: 13-009150-FC

THOMAS LEE WINGARD,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 13, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The defendant was entitled to an appeal of right because he sought to appeal an order entered by the trial court following a remand from an appellate court in a prior appeal of right. MCR 7.202(6)(b)(iv); MCR 7.203(A)(1).

     We do not retain jurisdiction.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2019



t1010

                          Clerk